RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TONY NIVONGSO,<br><br>  Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on January 9, 2020 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is pending before Judge Boulware in Case No. 2:19-323-RFB-NJK. Defense counsel cannot proceed on the

current revocation hearing without resolving the new case. The new case is currently set for trial on February 24, 2020.

2. Defense counsel requires time to obtain and review the discovery in the new case before deciding how to proceed here.

3. Absent any pretrial suppression or dismissal motions in the new case, the parties intend to work towards a global resolution which would resolve both pending cases.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of January 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TONY NIVONGSO,<br><br>  Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**ORDER** |

   IT IS ORDERED that the revocation hearing currently scheduled for Thursday, January 9, 2020 at 10:30 a.m., be vacated and continued to April 13, 2020 at the hour of 10:00 a.m.

   DATED January 6, 2020.

                              _____
                              UNITED STATES DISTRICT JUDGE