RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY NIVONGSO,<br><br>Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on April 13, 2020 at 10:30 am, be vacated and continued to no sooner than June 1, 2020.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is pending before Judge Boulware in Case No. 2:19-323-RFB-NJK. Defense counsel cannot proceed on the

current revocation hearing without resolving the new case. Since the last requested continuance, the new case was rescheduled for trial on June 1, 2020.

2. Defense counsel requires additional time to review the discovery in the new case before deciding how to proceed here.

3. The parties are actively working towards a global resolution which would resolve both pending cases. Defense counsel requires additional time to meet with Mr. Nivongso regarding the global offer.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 2nd day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

TONY NIVONGSO,

　　　　Defendant.

Case No. 2:14-cr-00128-JCM-PAL

**ORDER**

　　IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 13, 2020 at 10:30 a.m., be vacated and continued to June 16, 2020 at the hour of 10:30 a.m.

　　DATED April 3, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE