RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TONY NIVONGSO,<br><br>        Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on June 19, 2020 at 11:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is pending before Judge Boulware in Case No. 2:19-323-RFB-NJK. Defense counsel cannot proceed on the

current revocation hearing without resolving the new case. Since the last requested continuance, the new case was rescheduled for trial September 14, 2020.

2. Defense counsel has been able to review the discovery in the new case. Although the parties had been actively working towards a global resolution which would have resolved both pending cases, Mr. Nivongso has rejected the offer. The parties will now need to litigate a pretrial suppression issue in the new case. Pretrial motions are due on July 2, 2020. The requested time will permit the motion to be fully briefed and litigated and for a ruling to issue.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 3rd day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY NIVONGSO,<br><br>　　　　Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**ORDER** |

　　　IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 19, 2020 at 11:30 a.m., be vacated and continued to  October 21, 2020  at the hour of 10:00 a.m.

　　　DATED June 12, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3