RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TONY NIVONGSO,<br><br>    Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on February 26, 2021 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

  This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is still pending before Judge Boulware in Case No. 2:19-323-RFB-NJK. Defense counsel cannot proceed on the current revocation hearing without resolving the new case.

2. Since the last requested continuance, the evidentiary hearing has been rescheduled a number of times due to the pandemic and scheduling issues. The hearing is currently scheduled for March 4, 2021. ECF No. 59. Additional time is needed for Judge Boulware to hold the evidentiary hearing and rule on the motion.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 16th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TONY NIVONGSO,<br><br>      Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**ORDER** |

      IT IS ORDERED that the revocation hearing currently scheduled for Friday, February 26, 2021 at 10:30 a.m., be vacated and continued to June 25, 2021 at the hour of 10:00 a.m.

      DATED February 17, 2021.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE