RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>TONY NIVONGSO,<br><br>        Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on June 25, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is still pending before Judge Boulware in Case No. 2:19-323-RFB-NJK. Defense counsel cannot proceed on the current revocation hearing without resolving the new case.

2. Since the last requested continuance, the evidentiary hearing was held on March 4, 2021. ECF No. 59. At the conclusion of the hearing, Judge Boulware ordered supplemental briefing. The parties' briefs were filed on April 20, 2021. The motion remains pending. Additional time is needed for Judge Boulware rule on the motion.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 8th day of June 2021.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |
| | |
| /s/ Raquel Lazo | /s/ Brian Y. Whang |
| By_____ | By_____ |
| RAQUEL LAZO | BRIAN Y. WHANG |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>TONY NIVONGSO,<br><br>            Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 25, 2021 at 10:00 a.m., be vacated and continued to  October 15, 2021  at the hour of 10:00 a.m.

DATED June 14, 2021.

_____
UNITED STATES DISTRICT JUDGE

3