RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TONY NIVONGSO,<br><br>   Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on October 15, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is pending before Judge Boulware in Case No. 2:19-323-RFB-NJK. Defense counsel cannot proceed on the current revocation hearing without resolving the new case.

2. The parties litigated a motion to suppress in the new case. The motion has been fully briefed since April 20, 2021 and remains pending. Additional time is needed for Judge Boulware to rule on the motion.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 21st day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | /s/ Brian Y. Whang<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TONY NIVONGSO,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**ORDER** |

　　　　IT IS ORDERED that the revocation hearing currently scheduled for Friday, October 15, 2021 at 10:00 a.m., be vacated and continued to  February 18, 2022  at the hour of 10:00 a.m.

　　　　DATED September 21, 2021.

_____
UNITED STATES DISTRICT JUDGE

3