RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Tony Nivongso

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TONY NIVONGSO,<br><br>          Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Tony Nivongso, that the Revocation Hearing currently scheduled on February 18, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. As noted in prior stipulations to continue, the new law violation alleged in the revocation petition had been the subject of litigation before J. Boulware. The matter is fully resolved and is no longer pending before J. Boulware.

2. The parties are now in negotiations to resolve this case short of having a revocation hearing. The parties anticipate resolving the matter but request a brief continuance to do so. The parties do not anticipate any further requested continuances absent extraordinary circumstances.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the eighth request for a continuance of the revocation hearing.

DATED this 15th day of February 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TONY NIVONGSO,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00128-JCM-PAL<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Friday, February 18, 2022 at 10:00 a.m., be vacated and continued to **April 1, 2022**, at the hour of **11:00 a.m.**

DATED February 16, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3